UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LEWIS, | Case No. CV 11-5830-AG (PJW) |
| Petitioner | JUDGMENT |
| v. | |
| T. VIRGA, | |
| Respondent. | |

Pursuant to the "Order Denying Motion for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Request is denied and this matter is dismissed without prejudice.

DATED: August 10, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LEWIS, B 5830\Ord deny habeas exten req_Judgment.wpd